| PROB 22<br>(Rev. 01/24) | **TRANSFER OF JURISDICTION** | X FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>**02/17/2026**<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: ____ MAM ____ DEPUTY | DOCKET NUMBER *(Transferring Court)*<br>CR-12-00914-001-TUC-RCC (CRP) |
|---|---|---|---|
| | | | DOCKET NUMBER *(Receiving.Court)*<br>2:26-cr-00023-APG-EJY-1 |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>Keith DeShawn Anderson | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Raner C. Collins<br>Senior U.S. District Judge | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>2/18/2025 | TO<br>2/17/2030 |
|---|---|---|---|

**OFFENSE**

Violating Title 18, U.S.C. §2423(a), Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, a Class A Felony offense

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The probation office in the District of Nevada has requested a transfer of jurisdiction as Anderson has adjusted well to supervision and has been free of any violations of supervision thus far.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Keith DeShawn Anderson, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____1/28/2026_____
Date

_____
The Honorable Raner C. Collins
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____February 20, 2026_____
Effective Date

_____
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Keith Deshawn Anderson

Case No.:  TO BE ASSIGNED

**<u>SUPERVISION REPORT</u>**
**<u>REQUESTING ACCEPTANCE OF JURISDICTION</u>**

February 3, 2026

TO:    U.S. District Judge:

On June 2, 2014, Mr. Anderson was sentenced by the Honorable Raner C. Collins in the District of Arizona, in violation of Title 18, U.S.C. §2423(a), Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, a Class A Felony offense, as charged in Counts 3, 5, 6 and 7 of the Superseding Indictment, to 180 months custody followed by five (5) years of supervised release in No. 12-00914-001-TUC-RCC(CRP).

On September 15, 2014, Mr. Anderson was sentenced by the Honorable Rosemary Marquez in the District of Arizona, in violation of Title 18, U.S.C. §922(g)(1) - Possession of a Firearm by a Convicted Felon, a Class C Felony offense, to 30 months custody followed by three (3) years of supervised release in No. CR 12-00840-001-TUC-RM(BPV). This sentence and term of supervised release was imposed concurrently with the sentence and term of supervised release imposed in CR-12-00914-001-TUC-RCC(CRP).

On February 18, 2025, Anderson commenced supervision in the District of Nevada due to family ties and employment opportunities.

On January 26, 2026, the undersigned officer requested the transfer of jurisdiction for Anderson from the District of Arizona. Anderson appears to have adjusted well to supervision and has been free of any violations of supervision thus far.

On January 27, 2026, and January 28, 2026, the Honorable Raner Collins and the Honorable Rosemary Marquez of the District of Arizona initiated the transfer of jurisdiction for Case Numbers: 4:12CR00840 and 4:12CR00914-001.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction on both Anderson's cases. The Honorable Raner Collins and the Honorable Rosemary Marquez have agreed to relinquish jurisdiction of both cases as evident by their signatures on the attached Transfer of Jurisdiction forms. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Keith Deshawn Anderson

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2026.02.17
13:10:59 -08'00'

Nickie Pipilakis
Senior United States Probation Officer

Approved:

Digitally signed by
Donnette Johnson
Date: 2026.02.03 15:57:03
-08'00'

Donnette Johnson
Supervisory United States Probation Officer